

222 Bruce Reynolds Blvd, Suite 490
Fort Lee, NJ 07024
Telephone: (201) 897-8787

May 20, 2026

**VIA ECF**

Honorable Judge James R. Cho
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:     Junseok An v. Seoul Aluminum Inc et al., 25-cv-05020**

Dear Judge Cho,

This firm represents Plaintiff in the above-referenced matter. We respectfully write to request a further extension of the fact discovery deadline from May 20, 2026 to August 31, 2026, and a corresponding adjournment of the telephonic status conference currently scheduled for May 28, 2026. Defendants consent to this request.

Good cause exists for the requested extension. Although the Court recently extended fact discovery, the parties are still in the process of completing outstanding written discovery and document production. In addition, depositions have not yet been completed and the parties require additional time to schedule and conduct those depositions, review produced materials, and address any remaining discovery issues.

The requested extension is made in good faith and not for purposes of delay. The requested extension will allow the parties sufficient time to complete fact discovery efficiently and may facilitate productive settlement discussions following completion of discovery.

Accordingly, Plaintiff respectfully requests that the Court: (1) extend the deadline for completion of fact discovery to August 31, 2026; and (2) adjourn the May 28, 2026 status conference to a date thereafter convenient for the Court.

We thank the Court for its consideration of this request.

Respectfully submitted,

Ryan J. Kim

Cc: Evan Spelfogel, Esq. (via ECF)